IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON, § | |
| Plaintiff, § | |
| § | Cause No: 3-22-cv-2476-D |
| V § | |
| § | |
| RANK MEDIA USA, LLC § | |
| Defendant. § | |

ORDER

CONSIDERING THE FOREGOING MOTION AND FOR GOOD CAUSE SHOWING THEREIN; IT IS ORDERED that all claims of Plaintiff, Lucas Horton, against Defendant Rank Media USA, LLC be dismissed without prejudice, with each party to bear its own costs and attorney's fees. Dallas, Texas, this  11th  day of  January , 2023.

_____

SIDNEY A. FITZWATER

SENIOR JUDGE